**U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

NATALIE PETERS,
Plaintiff,

v.

ERIC SEVERSON, In Personal Capacity.
Defendant, In Personal Capacity

Case No.: _____



**2 6 -C- 8 18**

U.S. District Court
Wisconsin Eastern

MAY 08 2026

FILED
Clerk of Court

**FEDERAL COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF**

**COMPLAINT**

## I. JURISDICTION

1. This action arises under the self-executing provisions of the Constitution of the United States (Article VI Supremacy Clause and the Fifth Amendment Due Process Clause), the Articles of Confederation (as preserved in the republican form of government under Article IV, Section 4), and various federal statutes, including:
   - 28 U.S.C. § 2201 (Declaratory Judgment Act)
   - 28 U.S.C. § 2202 (Further Relief)
   - 28 U.S.C. § 1331 (Federal Question)
2. Jurisdiction in this matter is absolute and non-discretionary, as the Constitution's self-executing mandates cannot be ignored by the judiciary, nor can there be judicial discretion regarding verified absences of lawful qualifications for public office.

## II. PARTIES

1. Plaintiff: Natalie Peters, a natural woman endowed with inherent, unalienable rights and self-executing immunities as safeguarded by the Constitution of the United States of America, appearing by special appearance.
2. Defendant: Eric Severson, a natural man who is purportedly holding a public office of trust and profit, is sued in his personal capacity due to the verified absence of lawful qualification.

## III. STATEMENT OF FACTS

1. Plaintiff submitted multiple verified requests for public records to the Wisconsin Office of the Secretary of State, seeking:
   - Official Public Oath of Office
   - Official Public Fiduciary Bond
   - Certificates confirming the existence or non-existence of the above documents.
2. These verified requests were made on various dates in 2026:
   - February 15 and 25 / March 6, 18 and 19 / April 8 and 13
3. The Office of the Secretary of State responded with statements that "No responsive records exist" on the following dates:
   - February 20, 2026 (Reference No. 51041)
   - March 5, 2026 (Reference No. 71367)
   - March 26, 2026 (Reference No. 71755)
   - April 13, 2026 (Reference No. 82357)

## IV. MANDATORY OPERATION OF LAW

1. The U.S. Constitution, Wisconsin Constitution, and applicable statutes impose non-discretionary ministerial duties upon individuals claiming authority in a public office of trust and profit. These include filing a lawful oath and being bound by an official fiduciary bond before exercising any authority. Non-compliance results in:
   - Patent disqualification
   - Total absence of lawful authority
   - Self-executing jurisdictional nullity of all acts performed
2. These are fixed legal realities with no room for judicial discretion.

**COMPLAINT**

Page 1 of 3

## V. HOHFELDIAN JURAL RELATIONS (ANALYSIS OF RIGHTS, DUTIES, DISABILITIES)

1. Plaintiff holds absolute constitutional rights to due process and self-executing immunities from unauthorized exercises of power.
2. Defendant bears mandatory duties to act only with verified lawful authority and is completely disabled from exercising coercive power absent proper qualification.
3. Absence of Power: Without qualification, the defendant possesses no power to create obligations, alter Plaintiff's status, or bind Plaintiff; all such attempts are jurisdictional nullities by operation of law.

## VI. CONSTITUTIONAL TORTS AND TRESPASSES (VOID AB INITIO) ON RECORD

The following acts, performed without lawful authority, constitute trespasses against the Plaintiff, breaches of the peace, and forfeitures of any claimed official immunity. Substantial exhibit consolidation can be located in (Appellate Case No. 2026AP000836) in addition to the exhibits attached herein.

1. Kidnapping and false imprisonment, including retaliatory arrest, detention, and and solitary confinement. Witnesses corroborated sheriff knowingly lied about arrest.
2. Extortion via demands for biometrics in exchange to call family.
3. Aggravated identity theft and financial fraud (verified by IRS) and imposition of unconstitutional $25,000 cash bail.
4. Theft and conversion of Plaintiff's vehicle (held 162 days, then transported out of state), taking of property and right to travel.
5. Defamation, framing, negligence, and dissemination of fabricated charges.
6. Trespassing of private property, attempted locked entry, and encroachment of curtilage.
7. Willful disregard of posted trespassing codes on private property without a valid warrant and multiple notices of liability.
8. Obstruction of justice, including but not limited to, inaccurate reporting of official records, witness tampering, harassment, denial of inspection of charging instruments and warrants.
9. Conspiracy to defraud and tortious interference with Plaintiff's binding arbitration victory.
10. Failure to uphold or have fundamental knowledge of basic constitutional law.
11. Subjecting plaintiff to solitary confinement covered in biohazardous human waste is a grave violation that transcends mere civil rights violations to inhuman torture and possible war crime.

## VII. IMPROPER ACTIONS BY SHERIFF, CONFLICTS OF INTEREST, BREACH OF PUBLIC TRUST

The practice of executing warrants based on questionable legal foundations raises significant concerns about impartiality and due process, including:

1. Execution of warrants that appear to be grounded in personal interest rather than legal requirement, particularly concerning probable cause.
2. Warrants issued without proper scrutiny or based on anything other than verified facts and law is a severe deviation from due process principles, compromising constitutional guarantees, leading to wrongful arrests and unlawful taking of property.
3. Supervisory failures and lack of accountability despite documented instances of misconduct, fostering personal agendas over rule of law.
4. Systematic failures challenge legitimacy of legal proceedings but also impact community confidence in the justice system as a whole.

## VIII. SELF-EXECUTING CONSTITUTIONAL VIOLATIONS

These violations exist as a matter of law and require mandatory federal intervention:
- Unauthorized exercise of power under color of authority
- Per se denial of due process
- Unlawful restraints on life, liberty and property
- Void proceedings before a tribunal lacking verified qualification

COMPLAINT

Case 2:26-cv-00818-PP    Filed 05/08/26    Page 2 of 3    Document 1

## IX. DECLARATORY JUDGMENT

The following facts are established as legal realities with no judicial discretion to the contrary:

1. Any exercise of authority by the defendant without a lawful Official Public Oath of Office and an Official Public Fiduciary Bond on file with the Secretary of State is unconstitutional, void ab initio, and a complete nullity.
2. Plaintiff possesses absolute, self-executing immunity from all unauthorized acts performed by the defendant under color of authority but without lawful qualification.
3. Defendant is under a total legal disability to exercise any coercive power, jurisdiction, or authority over Plaintiff, and has no power to create obligations, alter Plaintiff's status, or bind Plaintiff in any manner.

## X. INJUNCTIVE RELIEF

By mandatory operation of self-executing law, the following relief is required to restore the republican form of government and to halt ongoing constitutional violations:

1. Defendant is automatically and immediately enjoined from any further exercise of purported authority over Plaintiff absent verified qualification. All such acts are and remain jurisdictional nullities.
2. All proceedings, orders, warrants, and actions taken by the defendant against the plaintiff are declared void ab initio and must be vacated as a matter of law.

## XI. IRREPARABLE HARM (EXISTING FACT)

Plaintiff is currently suffering, and will continue to suffer, irreparable harm to life, liberty, property, and unalienable rights through ongoing coercive proceedings, loss of business, conversion of property, and physical, emotional, and spiritual injury. Such harm is not compensable by monetary damages and constitutes a continuing trespass, taking, and breach of the peace by operation of law.

## XII. PRAYER FOR RELIEF (MANDATORY ACKNOWLEDGMENT)

WHEREFORE, by self-executing constitutional law, the Articles of Confederation, and the Republican Form of Government, Plaintiff demands that this Court:

1. Formally acknowledge and declare the legal realities stated in Section IX above;
2. Issue the injunctive relief required in Section X to cease all unauthorized acts;
3. Grant any and all further relief necessary to fully restore Plaintiff's rights, vacate any void actions, and remedy the institutional defects noticed herein.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my firsthand knowledge and belief.

Dated: May 1, 2026

By: _____

Natalie Peters, Plaintiff
c/o 300 E. Broadway
Waukesha, WI 53186-9998
307-357-1256
trust@gwelite.org

COMPLAINT